# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――<br><br>CHRISTOPHER GLASS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　Defendant. | Case No. 22-cv-00501-BLF<br><br><br><br><br><br><br><br>Case No. 22-cv-02533-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

　　The parties in the above-captioned cases are ORDERED TO SHOW CAUSE, in writing and by May 17, 2022, why the cases should not be consolidated.

　　**IT IS SO ORDERED.**

Dated: May 3, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge