**BENBROOK LAW GROUP**
Bradley A. Benbrook (No. 177768)
    E-mail: brad@benbrooklawgroup.com
Stephen M. Duvernay (No. 250957)
    E-mail: steve@benbrooklawgroup.com
701 University Ave., Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900, Facsimile: (916) 447-4904

**COOPER & KIRK, PLLC**
David H. Thompson*
    E-mail: dthompson@cooperkirk.com
Peter A. Patterson*
    E-mail: ppatterson@cooperkirk.com
Joseph O. Masterman*
    E-mail: jmasterman@cooperkirk.com
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601
        * Appearing Pro Hac Vice

Attorneys for Plaintiffs CHRISTOPHER GLASS
and FIREARMS POLICY COALITION, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GLASS and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE; ANTHONY MATA, in his official capacity as Chief of Police of the City of San Jose; and JENNIFER MAGUIRE, in her official capacity as City Manager of the City of San Jose, <br><br> Defendants. | Case No. 5:22-cv-02533-BLF <br><br> **PLAINTIFFS' RESPONSE REGARDING CONSOLIDATION** |

On May 3, 2022, the Court ordered the parties to show cause why the above-captioned case should not be consolidated with *National Association for Gun Rights, Inc. v. City of San Jose*, 5:22-cv-00501-BLF ("*NAGR*"). Both cases challenge a new San Jose ordinance requiring law-abiding firearm owners to obtain and maintain firearm insurance and to pay an annual fee to a nonprofit organization of the City's choosing. Plaintiffs in this case challenge the insurance and fee requirements as violations of the Second Amendment and the fee requirement as a violation of the First Amendment. The plaintiffs in *NAGR* make similar claims, but also allege that the ordinance violates two provisions of the California Constitution and various provisions of the San Jose City Charter. The plaintiffs in a third case, *Howard Jarvis Taxpayers Association v. City of San Jose*, 5:22-cv-02365-BLF ("*HJTA*"), challenge only the fee provision, which they allege violates the First and Second Amendments and several provisions of the California Constitution (only one of which overlaps with the provisions invoked in *NAGR*).

Plaintiffs in this case do not oppose coordination with *NAGR*—and with *HJTA*, if the Court deems appropriate—to the extent that the issues in all cases overlap. Thus, Plaintiffs do not oppose coordination for purposes of litigating the Second Amendment claims against the insurance and fee provisions or the First Amendment claims against the fee provision.

Plaintiffs otherwise oppose consolidation. Plaintiffs have not asserted the state- and local-law claims asserted in the other cases, and Plaintiffs would be unfairly prejudiced if resolution of their claims were delayed by those other claims, including by potential certification of the state-law claims to the California Supreme Court.

| | |
|---|---|
| Dated: May 17, 2022 | Respectfully submitted, |
| | */s/ Bradley A. Benbrook* |
| | Bradley A. Benbrook (No. 177768) |
| | Stephen M. Duvernay (No. 250957) |
| | BENBROOK LAW GROUP, PC |
| | 701 University Ave., Suite 106 |
| | Sacramento, CA 95825 |
| | (916) 447-4900 |
| | brad@benbrooklawgroup.com |
| | steve@benbrooklawgroup.com |
| | |
| | David H. Thompson* |
| | Peter A. Patterson* |
| | Joseph O. Masterman* |
| | COOPER & KIRK, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | jmasterman@cooperkirk.com |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | * Appearing Pro Hac Vice |