**BENBROOK LAW GROUP**
Bradley A. Benbrook (No. 177768)
    E-mail: brad@benbrooklawgroup.com
Stephen M. Duvernay (No. 250957)
    E-mail: steve@benbrooklawgroup.com
701 University Ave., Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900, Facsimile: (916) 447-4904

**COOPER & KIRK, PLLC**
David H. Thompson*
    E-mail: dthompson@cooperkirk.com
Peter A. Patterson*
    E-mail: ppatterson@cooperkirk.com
Joseph O. Masterman*
    E-mail: jmasterman@cooperkirk.com
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601
        * Appearing Pro Hac Vice

Attorneys for Plaintiffs CHRISTOPHER GLASS
and FIREARMS POLICY COALITION, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GLASS and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE; ANTHONY MATA, in his official capacity as Chief of Police of the City of San Jose; and JENNIFER MAGUIRE, in her official capacity as City Manager of the City of San Jose, <br><br> Defendants. | Case No. 5:22-cv-02533-BLF <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice. *See* FED. R. CIV. P. 41(a)(1)(A)(i); *see also Kun Yuan Asset Mgmt. Co. Ltd. v. Su*, No. 21-cv-06236-BLF, 2022 WL 206794, at *1 (N.D. Cal. Jan. 24, 2022).

Dated: August 24, 2022

Respectfully submitted,

*/s/ Bradley A. Benbrook*

Bradley A. Benbrook (No. 177768)
Stephen M. Duvernay (No. 250957)
BENBROOK LAW GROUP, PC
701 University Ave., Suite 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

David H. Thompson*
Peter A. Patterson*
Joseph O. Masterman*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
jmasterman@cooperkirk.com

*Counsel for Plaintiffs*

* Appearing Pro Hac Vice